UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> FRANCISCO CANTABRANA-PARRA (1), <br> CLAUDIO GUTIERREZ-GARCIA (12), <br>     Defendants. | Case No. 04CR2407-DMS <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to Defendants Cantabrana-Parra and Gutierrez-Garcia, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: November 4, 2016

                                            HONORABLE DANA M. SABRAW
                                            United States District Judge